# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
Pensacola DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Corinthian Raheem Johnson,
Inmate # B08931
(Enter full name of Plaintiff)

vs.

CASE NO: 3:14cv132 MCR/CJK
(To be assigned by Clerk)

State Of Florida,
Santa Rosa County,
State Attorney Office,

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Corinthian Raheem Johnson
Inmate Number: B08931
Prison or Jail: Santa Rosa Correctional ~~Institution~~
Mailing address: Institution (Main Unit)
5850 East Milton Road
Milton, FL 32583

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Joel Williams
    Official position: Officer
    Employed at: Santa Rosa Correction Institution
    Mailing address: 5850 East Milton Road
    Milton, FL 32583

(2) Defendant's name: Williams Eddins & Joshua C. Loren
    Official position: State Attorney office
    Employed at: Santa Rosa State Attorney office
    Mailing address: 6495 Caroline Street (Suit s)
    Milton, FL 32570

(3) Defendant's name: John Miller & Rimmer
    Official position: Both Judge's
    Employed at: Santa Rosa County Courthouse
    Mailing address: 5210 Willing Street
    Milton, FL 32570

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )   No(✓)

1. Parties to previous action:
   (a) Plaintiff(s): _____
   (b) Defendant(s): _____
2. Name of judge: _____   Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )   No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____

3

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(  )                    No( ✓ )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(  )                    No( ✓ )

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: _____

4

6. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

On on the date of 11/6/2012 Officer Joel Williams filed (Battery Upon A Law Enforcement Officer) charge against petitioner and so now (1) year later (i) just was carrie to Trial on March 3, 2014 and was found (Not Guilty) by the Jury so now sense i have won my freedom from those formoe charge's under main case No: 13-CF-35 or 36 just see Exhibit(A) attcha this means (i) have been false imprison and suffering loss of gaintime and subject to cruel and unusual punishment in General mental pain and physical pain and suffering and that a fact. So now under these following case laws rules (1) 114 S.Ct. 2364, 512 US 477, Hech VS. Humphrey (U.S. ind. 1994) (2) 598 F.3d 734, Richardson Vs. Johnson (C.A11 (F.La) 2010) (3) 878 So. 7d 1246, Douglas VS. State (FLa. 2004) (4) 320 F.3d 1235 Farrow VS. West. (C.A.11 (Ala.) 2003) (5) In he Standard Jury Trial Inst. in Criminal case., 850. So. 2d 1272, (FLa. 2003) you must grant petitioner full relief in the interest of justice because also my 14th Amendment Due Process rights have been totally violated because (me) petitioner never waiver my 180 days Speedy Trial rights and Santa Rosa County Jail Judges John Miller is just decide to bring me to Trial and full year later on March 3, 2014 but no matter because i still won because im not guilty so now under case law rules (1) 357 So. 2d 725, Lewis VS. State, (FLa 1978) (2) 366 So. 2d 487, Witherspoon Vs. State, (FLa. 3d DCA 1979) (3) 859 So. 2d 555, Pittman VS. State, (FLa. 3th DCA 2003) (4) 957 So. 2d 1183, Adams VS. State (FLa. 3d DCA 2006) My 14th Amendment Due Process Civil rights was violated which now have lead to cruel and unusual punishment on (D.O.C) and Santa Rosa County Jail part so now please

5

refute all of my above ~~etoom~~ Claims with portions of D.O.C and Santa Rosa County court records and Transcripts under main case laws rules ①. 818 So.2d 636, Ingram VS. State (Fla. 1st DCA 2002) ②. 634 So.2d 175, Thomas VS. State (Fla 1st DCA 1994) you must grant and award petitioner full relief A.S.A.P

Date: 3-3-20[14]

Judge: RIMMER

Name: CORINTHIAN JOHNSON

Case#: 13-CF-136

Attorney: Public Defender Graham

Jury Trial

| PROSECUTOR | | PUB. DEFENDER | | CT. REPORTER | |
|---|---|---|---|---|---|
| Dickinson | ☐ | Edwards | ☐ | Alisa | ☐ |
| Powell | ☒ | Graham | ☒ | T. Emmanuel | ☐ |
| Loren | ☐ | Pfeiffer | ☐ | E. Tyree | ☒ |
| Rowland | ☐ | Davis | ☐ | Court Smart | ☐ |
| S Pace | ☐ | Ritchie | ☐ | | ☐ |
| Liles | ☐ | Nash-Early | ☐ | | |
| | ☐ | | ☐ | | |

**Defendant**
- Appeared ☐
- Appeared in Jail ☒
- Failed to Appear ☐
- Waive Speedy Trial ☐
- PSI Waived ☐
- Youthful Offender ☐
- Boot Camp Recommended ☐

**PLEA ENTRY**
- Written ☐
- Not Guilty ☒
- Guilty ☐
- Nolo ☐

**JURY FOUND**
- Guilty ☐
- Not Guilty ☒
- Jury Polled ☒

**JUDGE FOUND**
- Guilty ☐
- Not Guilty ☐

PSI ORDERED: Returnable on _____ 20__ ☐ Remand into custody
☐ Juvenile Input   ☐ Copies to Judge & Attorney _____ Working Days Prior   ☐ Continue Bond

☐ ADJUDICATED GUILTY   ☐ ADJUDICATION WITHHELD   ☐ ADJUDICATED DELINQUENT

PROBATION _____ COMM. CONTROL _____ ☐ Concurrent ☐ Consecutive
D.O.C. _____ COUNTY JAIL _____ ☐ WITH WORK RELEASE ☐ DAYS CREDIT _____
☐ SUSPENDED SENTENCE   ☐ SEXUAL OFFENDER   ☐ SEXUAL PREDATOR

**SPECIAL CONDITIONS**

- ☐ Downward Departure
- ☐ _____ Comm. Service Hrs ___ a Month Beginning _____
- ☐ No Use or Possession of Alcohol   ☐ Do not go to bars
- ☐ Random Urinalysis @ your expense
- ☐ No Use or Possession of Illegal Drugs W/O a Valid Prescription
- ☐ O/P Subst. Abuse/Alcohol Eval/Counseling   ☐ W/I 30 days, ☐ 1st Att
- ☐ Residential Abuse Counseling   ☐ W/I 30 days, ☐ 1st Att
- ☐ Mental Health/Psychological Counseling   ☐ W/I 30 days, ☐ 1st Att
- ☐ Anger Control Counseling/Management   ☐ W/I 30 days, ☐ 1st Att
- ☐ Domestic Violence Counseling   ☐ W/I 30 days, ☐ 1st Att
- ☐ Certified Batterer Domestic Violence Intervention Program
- ☐ No Acts of Threats of Violence
- ☐ Sex Offender Counseling   ☐ W/I 30 days, ☐ 1st Att
- ☐ DUI School ☐ AA Meetings ☐ N/A ☐ 1st Offender ☐ Repeat Offender
- ☐ Vehicle Impound _____ days
- ☐ Victim Impact Session   ☐ M.A.D.D
- ☐ Ignition Interlock _____
- ☐ Sincere Letter of Apology to _____ within _____ days
- ☐ Seek or Maintain Full Time Employment or Full Time Student ___ Apps wk
- ☐ Provide old/new Prescriptions to Probation with-in _____ days
- ☐ _____
- ☐ No Contact With Co-Defendant
- ☐ No Contact With Victim ☐ Direct or Indirect ☐ Unless Req. In Writing
- ☐ No VIOLENT Contact With Victim ☐ Direct or Indirect ☐ Unless Req. In Writing
- ☐ No Contact With Minor(s) ☐ Direct or Indirect ☐ Unless Req. In Writing
- ☐ Dr. License ☐ Suspended ☐ Revoked ☐ With Permit ☐   yrs/mos
- ☐ Do not drive without a valid Drivers License
- ☐ Cost of Supervision $ _____   ☐ Waived
- ☐ $2.00 Month Education Fund/Surcharge
- ☐ Probation May Transferred to _____
- ☐ Will Consider Early Termination
- ☐ Automatic Termination If All Terms & Conditions Met and No Violation
- ☐ Testify Truthfully Against Co-Defendant
- ☐ 30 Days to Appeal
- ☐ Prob. Reporting Inst. and Court Sheet Given to Def.   ☐ Verbal by Judge
- ☐ Curfew Imposed from _____ to _____
- ☐ No Contact with Known Drug Users/Areas
- ☐ Anti-Theft Counseling   ☐ W/I 30 days, ☐ 1st Att

Court Cost _____ to pay Court Costs & Fines   ☐ 90 DAYS UPON RELEASE TO SET UP PAYMENT PLAN WITH CLERK
☐ OR IF NOT A JUDGMENT D-6

Total Fines $ _____ at $ _____ a Month   ☐ Court Cost Reduced to Judgment   ☐ D-6
☐ Extradition Cost $ _____   ☐ Extradition Cost Reduced to Judgment
Restitution: _____ for $ _____ at $ _____ a Month   ☐ Judgment to Restitution
Restitution: _____ for $ _____ at $ _____ a Month   ☐ Restitution Joint & Several with Co-Defendants
Restitution: _____ for $ _____ at $ _____ a Month   ☐ Court Reserves Jurisdiction

13-CF-136
1. BATTERY UPON LAW ENFORCEMENT OFFICER (F3)

Found Not Guilty By Jury

Case # 13-CF-35

Copies to: ☒ White (File)   ☐ Yellow (Probation)   ☐ Pink (Jail)

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

My 5th Amendment Constitution Civil rights also 8th Amendment Constitution rights also My 14th Amendment Due Process rights have all been totally violated and i have been false imprisonment.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

I will like to seek $800.00 for mental and physical and pain and suffering damage also Compensatory and punitive damage for lost time $500.000 Also Cruel and unusual punishment $700.000 also My 14th Amendment due process violation $200.000. And i will like to seek me getting all my gaintime back and me being release back to the compound off c/m thank you

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

3/13/2014
(Date)

Corinthian R. Johnson
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the __13__ day of __March__, 20__14__.

Corinthian R. Johnson
(Signature of Plaintiff)

Revised 03/07

7





Corinthian R. Johnson Dc# B08931
Sof" Rosa Correction Institution
5850 E. Milton Road
Milton, FL 32583-7914

Clerk U.S. district Court
1 North Palafox St. Room 226
Pensacola, FL 32502-5658