UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CORINTHIAN RAHEEM JOHNSON,

    Plaintiff,

v.                                      Case No. 3:14cv132/MCR/CJK

STATE OF FLORIDA, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated April 22, 2016. ECF No. 31. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 31, is adopted and incorporated by reference in this order.

2.  Plaintiff's Fifth Amendment (double jeopardy) and Eighth Amendment (cruel and unusual punishment) claims are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim on which relief may be granted.

3.  Plaintiff's malicious prosecution claims are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim on which relief may be granted.

4.  The clerk is directed to close the file.

**DONE AND ORDERED** this 24th day of May, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**